

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2022

No. 04-22-00271-CV

**BRACKENRIDGE HEALTHCARE, INC.** d/b/a Sonterra Health Center,
Appellant

v.

Susana **CAMERO,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI08010
Honorable Monique Diaz, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file its brief is granted.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court